# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

**HONORABLE:** Renee Harris Toliver
**DEPUTY CLERK:** J. Amerson
**LAW CLERK:** _____
**INTERPRETER:** _____

**PRESIDING:** _____
**COURT REPORTER/TAPE NUMBER:** FTR
**USPO:** _____
**Date:** February 21, 2019

Cr.No. 3:19-cr-00058-S *SEALED*    DEFT. No. _____

UNITED STATES OF AMERICA §
§    Damien Diggs, AUSA
v. §
§    Joey Mongaras
JORDAN ROTENBERRY (1) §    COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

### ARRAIGNMENT/REARRAIGNMENT

Time in Court: 1 min

Trial Status:  ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Direct Verdict  ☐ Evidence Entered
☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial  ☐ Settled/Guilty  ☐ None

Days in Trial: _____
Hearing Concluded:  ☐ Yes  ☐ No

☐ Defendant SWORN.
☒ Arraignment  ☐ Rearraignment – Held on Count(s) _____
of the __2__ count(s)  ☒ Indictment  ☐ Information  ☐ Superseding Indictment  ☐ Complaint
☐ Sentencing Guidelines                                                       ☐ Superseding Information
☒ Deft enters a pleas of  ☒ Not Guilty  ☐ Guilty  ☐ Nolo
☐ Waiver of Jury Trial
☐ Waiver of Indictment filed
☐ Plea Agreement accepted  ☐ Court defers acceptance of Plea Agreement
☐ Plea Agreement filed (see agreement for details)  ☐ No Plea Agreement
☐ Plea Agreement included with Factual Resume.
☐ Factual Resume filed.
☐ Sentencing set  Date: _____  Time: _____
☐ Trial set for  Date: _____  Time: _____
Pretrial motions due: _____  Discovery motions/Government Responses due: _____
☐ Orders for PSI, Disclosure Date and Setting Sentencing entered.
☐ PSI waiver filed.  PSI due: _____  Pre-sentence Referral Form to: _____
☐ Deft Bond  ☐ Set  ☐ reduced to $ _____  ☐ Cash  ☐ Surety  ☐ 10%  ☐ PR
☐ Deft failed to appear, bench warrant to issue.
☐ Bond  ☐ continued  ☐ forfeited
☐ Deft Custody/Detention continued.
☒ Deft REMANDED to custody.
OTHER PROCEEDINGS: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 20 2019
CLERK, U.S. DISTRICT COURT
By_____ Deputy